JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY TAIT, | ) NO. CV 12-9532 FMO (FFMx) |
|             Plaintiff, | ) |
|         v. | ) **JUDGMENT** |
| ASSET ACCEPTANCE, LLC, et al., | ) |
|             Defendants. | ) |

Pursuant to the the Court's Order Re: Defendants' Motion to Dismiss Amended Complaint, IT IS ADJUDGED that the above-captioned case is dismissed without prejudice.

Dated this 22nd day of July, 2013.

/s/
Fernando M. Olguin
United States District Judge